**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2696MN

_____

| | | |
|---|---|---|
| Mitchell Luskin, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Minnesota. |
| State Farm Fire & Casualty Company, | * | |
| an Illinois Corporation, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  February 9, 1998
Filed: February 20, 1998

_____

Before FAGG and MURPHY, Circuit Judges, and SMITH,[*] District Judge.

_____

PER CURIAM.

 This declaratory judgment action concerns a personal liability umbrella policy coverage dispute between Mitchell Luskin and State Farm Fire & Casualty Company (State Farm).  Luskin brought this action after he was sued by his twelve-year-old son for personal injury damages exceeding the limits of his automobile insurance policy. Relying on a household exclusion in the umbrella policy, State Farm denied coverage and the district court held the household exclusion was valid and enforceable under

_____

 [*]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri, sitting by designation.

Minnesota law.  Having carefully reviewed the case and having considered de novo the disputed issues of state law, we conclude no error of law appears.  As a federal court sitting in diversity, we are in no position to extend Minnesota law, and we thus affirm the decision of the district court without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.